# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DESIGNATION OF CHAIR | : | NO. 691 |
| | : | |
| AND VICE-CHAIR OF THE | : | SUPREME COURT RULES DOCKET |
| | : | |
| PENNSYLVANIA BOARD OF LAW | : | |
| | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of February, 2016, C. Robert Keenan, III, Esquire, is hereby designated as Chair and Gerald Lawrence, Esquire, as Vice-Chair of the Pennsylvania Board of Law Examiners commencing April 1, 2016.

Justice Eakin did not participate in the consideration or decision of this matter.